1048

[Nos. 16678-3-III; 17591-0-III.   Division Three.   March 23, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL A. NELSON, *Appellant*.

*In the Matter of the Personal Restraint of* MICHAEL A. NELSON, *Petitioner.*

Appeal from a judgment of the Superior Court for Spokane County, No. 96-1-00030-3, Richard J. Schroeder, J., entered May 21, 1997, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Kurtz, A.C.J., concurred in by Sweeney and Kato, JJ.

[No. 17343-7-III.   Division Three.   March 23, 1999.]

PARKSIDE TENANT COUNCIL, *Respondent*, v. HOUSING AUTHORITY OF THE CITY OF PASCO AND FRANKLIN COUNTY, *Appellant.*

Appeal from a judgment of the Superior Court for Franklin County, No. 97-2-50386-1, Craig J. Matheson, J., entered February 6, 1998. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kurtz and Kato, JJ.

[No. 17411-5-III.   Division Three.   March 23, 1999.]

COYOTE CORPORATION, *Appellant*, v. CHIPMAN CONSTRUCTION, INC., *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 96-2-05479-2, Robert D. Austin, J., entered March 13, 1998. *Reversed* by unpublished opinion per Brown, J., concurred in by Kurtz, A.C.J., and Sweeney, J.